IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02146-RPM-KMT

TERRY BACHMAN,

     Plaintiff,

v.

ALLIED INTERSTATE LLC,

     Defendant.

_____

ORDER FOR DISMISSAL

_____

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant

to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY

ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own

attorney's fees and costs.

     DATED: September 16th, 2011


                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge